UNITED STATES of America, Appellee,

v.

Alvin BRANCH, Defendant–Appellant.

No. 07–3471–cr.

United States Court of Appeals, Second Circuit.

Sept. 25, 2008.

Elizabeth S. Riker, Assistant United States Attorney, for Glenn T. Suddaby, United States Attorney for the Northern District of New York, Syracuse, NY, for Appellee.

James F. Greenwald, Assistant Federal Public Defender (Alexander Bunin, Federal Public Defender, and James P. Egan, on brief), Syracuse, NY, for Defendant–Appellant.

PRESENT: Hon. WILFRED FEINBERG, Hon. WALKER, and Hon. DEBRA A. LIVINGSTON, Circuit Judges.

## SUMMARY ORDER

Defendant–Appellant Alvin Branch appeals his sentence of 12 months imprisonment, imposed for violation of the conditions of his supervised release, on the basis that the District Court failed to provide him with an opportunity to allocute. We assume the parties' familiarity with the

underlying facts, the procedural history, and the issues presented for review.

On July 22, 2008, Defendant–Appellant was released from custody without any subsequent term of supervision. As Defendant–Appellant appealed only his sentence, which he has now served in full, we dismiss this appeal as moot. *See, e.g., United States v. Suleiman,* 208 F.3d 32, 36–37 (2d Cir.2000); *United States v. Mercurris,* 192 F.3d 290, 293–94 (2d Cir.1999).

For the foregoing reasons, the appeal is DISMISSED as moot.